AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NU LIFE INSTITUTE INC.,<br><br>*Plaintiff(s)*<br>v.<br>NEW LIFE REJUVENATION, LLC,<br>and WILLIAM STEPHANOS,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-24215-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEW LIFE REJUVENATION, LLC
By serving its Registered Agent:
William Stephanos
8409 North Military Trail
Suite 126,
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven I. Peretz
Michael B. Chesal
Albert Alvarez
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Ave., Suite 1820
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 3, 2023

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| NU LIFE INSTITUTE INC., <br><br> *Plaintiff(s)* <br> v. <br> NEW LIFE REJUVENATION, LLC, <br> and WILLIAM STEPHANOS, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-24215-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

William Stephanos
3366 SE Cassell Lane
Stuart , FL 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven I. Peretz
Michael B. Chesal
Albert Alvarez
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Ave., Suite 1820
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 3, 2023

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court